AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| GAUVEY, SUSAN K. | U.S.D.C. MARYLAND | 05/07/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (FT) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

8-D U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Free State Legal Project, Inc. non-profit |
| 2. | Director | The Tuerk House Inc. non-profit |
| 3. | Director | Enoch Pratt Free Library, non-profit |
| 4. | Director | Historical Society for the United States District Court for the District of Maryland, non-profit |
| 5. | Director | Job Opportunities Task Force, non-profit |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GAUVEY, SUSAN K. | 05/07/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Maryland State Retirement Pension | $4,136.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Johns Hopkins University: academic physician |
| 2. 2012 | Johns Hopkins University Press, Baltimore, MD: royalties for writing |
| 3. 2012 | Pennsylvania State University: teaching |
| 4. 2012 | Northwestern University: teaching |
| 5. 2012 | Wolters Kluwer Health, Inc.: royalties for writing |
| 6. 2012 | University Perruna: teaching |
| 7. 2012 | Emory University: teaching |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GAUVEY, SUSAN K. | 05/07/2013 |

5.

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GAUVEY, SUSAN K. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital Realty, Inc. (real estate ltd. partnership) | A | Interest | J | T | | | | | |
| 2. Johns Hopkins Fed. Credit Union interest bearing accounts | A | Interest | K | T | | | | | |
| 3. Pepsico, Inc. common stock | A | Dividend | K | T | | | | | |
| 4. Proctor & Gamble common stock | C | Dividend | M | T | Buy (add'l) | 04/30/12 | J | | |
| 5. Proctor & Gamble common stock (Y) | | | | | | | | | |
| 6. Templeton Growth Fund, Inc. (Y) | | | | | | | | | |
| 7. Smuckers JM Co. | A | Dividend | J | T | | | | | |
| 8. Pepco Holding, Inc. (Y) | | | | | | | | | |
| 9. Prudential Stable Value Guaranteed Income Fund NQ Def Comp | | None | K | T | | | | | |
| 10. Fidelity Equity Income Fund 403(b) plan | B | Int./Div. | L | T | | | | | |
| 11. Spartan US Equity Index Fund 403(b) plan | B | Int./Div. | L | T | | | | | |
| 12. Fidelity Cash Reserve 403(b) plan | A | Int./Div. | K | T | | | | | |
| 13. Fidelity US Government Reserve 403(b) plan | A | Int./Div. | K | T | | | | | |
| 14. TIAA Traditional Acct 403(b) | B | Interest | M | T | | | | | |
| 15. USAA Subscribers Savings Account | A | Dividend | J | T | | | | | |
| 16. PNC Savings Accounts | A | Interest | K | T | | | | | |
| 17. American Express Bank Savings Account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GAUVEY, SUSAN K. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PNC Financial Services Group (Y) | | | | | | | | | |
| 19. * American Funds American Mutual Fund Cl F-1 | C | Dividend | M | T | Sold (part) | 05/16/12 | J | | |
| 20. | | | | | | | | | |
| 21. * American Funds Bond Fund of America Cl F-1 | D | Dividend | M | T | Buy | 03/07/12 | J | | |
| 22. | | | | | Buy | 8/27/12 | J | | |
| 23. | | | | | Buy | 11/29/12 | J | | |
| 24. | | | | | Sold (part) | 5/16/12 | J | | |
| 25. | | | | | Sold (part) | 06/01/12 | J | | |
| 26. American Funds Capital World Growth & Income Fund Cl F1 | B | Dividend | L | T | Buy | 05/16/12 | J | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. * American Funds Growth Fund of America Fund Cl F1 | B | Dividend | M | T | Buy (add'l) | 05/16/12 | J | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. * Columbia Acorn Fund Cl Z | B | Dividend | M | T | | | | | |
| 33. | | | | | | | | | |
| 34. * Columbia Dividend Income Fund Cl Z | C | Dividend | M | T | Sold (part) | 5/16/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GAUVEY, SUSAN K. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 06/1/12 | J | | |
| 36. * Franklin Templeton Hard Currency Fund Cl A | A | Dividend | L | T | Buy | 03/7/12 | J | | |
| 37. * Oppenheimer Developing Markets Fund Cl A | A | Dividend | L | T | Buy | 2/13/12 | J | | |
| 38. | | | | | | | | | |
| 39. * Oppenheimer Global Fund Cl A | A | Dividend | M | T | Buy | 02/13/12 | J | | |
| 40. | | | | | Buy | 3/7/12 | J | | |
| 41. | | | | | Buy | 06/1/12 | J | | |
| 42. * Pimco Foreign Bond (Unhedged) Fund Cl D | C | Dividend | M | T | Buy | 03/07/12 | J | | |
| 43. | | | | | Sold (part) | 06/1/12 | J | | |
| 44. *Pimco Total Return Fund Cl D | C | Dividend | M | T | Sold (part) | 06/01/12 | J | | |
| 45. | | | | | | | | | |
| 46. * Prudential Jennison Natural Resources A | | None | L | T | Buy | 03/07/12 | J | | |
| 47. | | | | | Buy | 06/01/12 | J | | |
| 48. | | | | | Buy | 05/16/12 | J | | |
| 49. First TN Ntwk (Bank Sweep) | A | Interest | J | T | | | | | |
| 50. Wells Fargo (Bank Sweep) | A | Interest | | | Closed | 05/03/12 | J | | |
| 51. Bank of China (Bank Sweep) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GAUVEY, SUSAN K. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Goldman Sachs Bank (Bank Sweep) | A | Interest | J | T | Open | 5/3/12 | J | | |
| 53. Bank of the West (Bank Sweep) | A | Interest | J | T | Open | 1/1/12 | J | | |
| 54. East West Bank (Bank Sweep) | A | Interest | J | T | Open | 1/1/12 | J | | |
| 55. NY Community (Bank Sweep) | A | Interest | J | T | Open | 1/1/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GAUVEY, SUSAN K. | 05/07/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

\*      and I have the same assets in our individual IRA accounts. Last year, I mistakenly reported only the value of my assets in my IRA account. Accordingly, all pertinent assets were identified last year. However, the value reported was too low as it failed to include the value of     investment in the same assets in his individual IRA account. The affected assets are listed on lines 36, 38, 42, 45, 48, 50, 52, 53, 55, 57, 59 and 61 and annotated with an asterisk \*.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SUSAN K. GAUVEY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544